FILED

02/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0640

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0640

IN THE MATTER OF:

K.B.,                                                                    O R D E R

      A Youth in Need of Care.

M. R. App. P. 10(6) requires that in any proceeding under Title 41, Chapter 3, only the initials of the parents may be used in all filings, unless otherwise provided by law. On page 8 of Appellant's opening brief, submitted electronically on February 12, 2025, the Mother's name is not abbreviated in reference to a treatment plan. Additionally, the file name of the pdf includes the parents' last name. Therefore, this brief does not comply with the rule.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
February 13 2025